UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:	)	Bankruptcy Case No. 15-50037
	)	Chapter 13
KATHY LYNN TRIPP	)
SSN/ITIN: xxx-xx-5548	)	PLAN DATED MARCH 10, 2015
	)
	Debtor.	)

**1.	Payments by Debtor to Trustee.**

Debtor will pay the trustee $350.00 per month for a total of 60 months (the "plan term"), for a total of $21,000.00. Debtor will also turn over to the trustee 100% of her federal income tax refunds, after any statutory off-set by the IRS, for tax years 2015, 2016, 2017, 2018 and 2019. Debtor will make the first plan payment on or before April 10, 2015 and the last plan payment on or before March 10, 2020.

**2.	Payments by Trustee to Administrative Expense Holders and Creditors.**

    a. Administrative Expenses (priority claim).

| Creditor | Claim | Payment | Months | Total |
|---|---|---|---|---|
| Stan H. Anker, Esq. | $3,591.00 (estimated) | $315.00 | 1-12 | $3,591.00 |

This priority claim will not be paid until Debtor's Attorney files an application for compensation and reimbursement and the Court approves that application. The actual amount of the monthly payment will be calculated based on the Court's separate order awarding compensation and reimbursement. If the Court awards fees that total less than the above estimate, unsecured creditors may ultimately receive a distribution that is more than the estimate shown below. If the Court awards fees that total more than the above estimate, Debtor may file a motion to modify the confirmed plan to provide for those additional fees. If the modification is approved, unsecured creditors may receive a distribution that is less than what is set forth in this plan.

    b. Other Priority Claims. None

    c. Secured Claims - Arrearage Only. None

    d. Other Secured Claims. None

    e. Unsecured, Non-priority Claims. After making the payments to priority and secured creditors described above, if any, the trustee will distribute the balance of the payments made by the Debtor to the unsecured creditors who timely file a proof of claim. If an unsecured creditor receives appropriate notice of the case but fails to timely file a proof of claim, that unsecured creditor's claim will be discharged to the extent set forth in 11 U.S.C. § 1328(a) when Debtor completes all plan payments. If all unsecured

creditors known to the Debtor timely filed proofs of claim, each unsecured creditor will be paid approximately 65.37% of its claim.

  f. <u>Disbursements by the Trustee</u>.  After deducting his statutory fee allowance, the trustee will disburse available funds first to claims with installment payment schedules in the following order: administrative expenses, including attorney fees, unsecured priority claims, and secured claims.  Thereafter, the trustee will disburse available funds to claims without installment payment schedules in the following order: administrative expenses, including attorney fees, priority claims, and unsecured non-priority claims.

**3.**  **Payments by Debtor Directly to Creditors**.

  a. <u>Secured Claims Not in Default</u>.

| <u>Creditor</u> | <u>Claim</u> | <u>Payment</u> | <u>Frequency</u> |
|---|---|---|---|
| Northern Hills FCU -- auto loan | $12,611.55 | 210.00 | monthly |

Debtor will make all required regular payments on this secured claim not in default until paid in full according to the terms of the original agreement between the Debtor and this creditor.  The payments to this creditor will be made directly to this creditor, not to the trustee, and will not be subject to the trustee's supervision or control.  This creditor will receive no payment in any amount from the trustee on account of this claim.  Northern Hill Federal Credit Union will retain its lien until its secured claim is paid in full.

  b. <u>Secured Claims in Default</u>.  None.

  c. <u>Assumption of Lease</u>.  Debtor assumes her residential lease for the property located at 1131 DeSmet Court, Box Elder, SD 57719.

**4.**  **Disposable Income.**  All of Debtor's disposable income to be received during the plan term will be applied to make payments under this Plan.

**5.**  **Other Provisions**.

  a. <u>Filing and paying taxes</u>.  Debtor agrees to timely file all post-petition federal, state, and local tax returns, and to pay all post-petition taxes as they come due.

  b. <u>Satisfaction of Judgments</u>.  Upon the entry of an order of discharge in this case, those creditors holding judgments against the Debtor on the petition date, shall file with the appropriate court a satisfaction and discharge of each judgment.

  c. <u>Modification of Plan</u>.  If the Debtor's circumstances change, Debtor may file a motion to modify the confirmed plan.  If that modification is approved, unsecured creditors may receive a distribution that is less than set forth in this plan.

  d. <u>Vesting of Property</u>.  All property of the estate shall, upon confirmation of this plan, vest in the Debtor.

6.  **Attachments**.  Attached to this plan and incorporated by reference is a liquidation analysis that demonstrates creditors will receive as much or more under this plan than they would if Debtor's non-exempt assets were liquidated in a Chapter 7 bankruptcy.   Also attached is an Exhibit Form 22C-1, Exhibit Form 22C-2, Exhibit I and Exhibit J showing how the monthly plan payment was arrived at.

Dated: March 10, 2015.

*[signature]*
Kathy Lynn Tripp

Dated: March 10, 2015.

ANKER LAW GROUP, P.C.

*[signature]*
Stan H. Anker
1301 West Omaha Street, Suite 207
Rapid City, South Dakota 57701
Telephone: (605) 718-7050
Fax: (605) 718-0700
E-mail: sanker@ankerlawgroup.com

**Attachment A - Liquidation Analysis**
**In re: KATHY LYNN TRIPP**
**Bankr. Case No. 15-50xxx**

|  | Market Value | Valid Encumbrances | Exemption Claimed | Equity for Creditors |
|---|---|---|---|---|
| **Real Property:** | | | | |
| None | | | | |
| **Vehicles:** | | | | |
| 2011 Jeep Patriot (Northern Hills FCU) | 13,700.00 | 12,611.55 | 299.40 | 789.05 |
| 1990 Lund boat/1990 Midwest trailer | 837.50 | | 0.00 | 837.50 |
| **Personal Property:** | | | | |
| Cash | 20.00 | | 20.00 | 0.00 |
| Bank Accounts | 315.60 | | 315.60 | 0.00 |
| Household Goods | 2,881.00 | | 2,881.00 | 0.00 |
| Wearing Apparel | 320.00 | | 320.00 | 0.00 |
| Jewlery | 605.00 | | 605.00 | 0.00 |
| Other personal property | 172.00 | | 172.00 | 0.00 |
| Thrift Savings Plan | 6,448.08 | | 6,448.08 | 0.00 |
| Earned but unpaid wages | 583.00 | | 583.00 | 0.00 |
| Estimated 2015 tax refund | 124.00 | | 124.00 | 0.00 |
| Totals: | 26,006.18 | 12,611.55 | 11,768.08 | |
| **TOTAL AVAILABLE EQUITY:** | | | | 1,626.55 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Kathy Lynn Tripp** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: **District of South Dakota** | |
| Case number (If known) | **15-50037** |

**Check as directed in lines 17 and 21:**
According to the calculations required by this Statement:
- ☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).
- ☑ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).
- ☐ 3. The commitment period is 3 years.
- ☑ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 22C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☑ Not married. Fill out Column A, lines 2-11.
   - ☐ Married. Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ 2,429.28 | $ 0.00 |
| 3. | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |
| | Gross receipts (before all deductions)   $ 0.00 | | |
| | Ordinary and necessary operating expenses   – $ 0.00 | | |
| | Net monthly income from a business, profession, or farm   $ 0.00  Copy here➔ | $ 0.00 | $ 0.00 |
| 6. | **Net income from rental and other real property** | | |
| | Gross receipts (before all deductions)   $ 0.00 | | |
| | Ordinary and necessary operating expenses   – $ 0.00 | | |
| | Net monthly income from rental or other real property   $ 0.00  Copy here➔ | $ 0.00 | $ 0.00 |

Official Form 22C-1   page 1

**EXHIBIT SCHEDULE FORM 22C-1**

Debtor 1  **Kathy Lynn Tripp**
        First Name   Middle Name   Last Name

Case number (if known) **15-50037**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. Interest, dividends, and royalties | $ 0.00 | $ 0.00 |
| 8. Unemployment compensation | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ⬇

    For you ............................................................ $ 0.00
    For your spouse ............................................. $ 0.00

| | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ 0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a. **VA Benefit: Dependency and Indemnity Compensation** | $ 1,254.19 | $ 0.00 |
| 10b. _____ | $ _____ | $ _____ |
| 10c. Total amounts from separate pages, if any. | + $ 0.00 | + $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 3,683.47  +  $ 0.00  =  **$3,683.47**

Total average monthly income

---

**Part 2:  Determine How to Measure Your Deductions from Income**

12. Copy your total average monthly income from line 11. .............................................................. $ **3,683.47**

13. **Calculate the marital adjustment.** Check one:

☑ You are not married. Fill in 0 in line 13d.

☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

13a. _____ $ _____
13b. _____ $ _____
13c. _____ + $ _____

13d. Total .............................................................. $ 0.00  Copy here. ➡ 13d. — 0.00

14. **Your current monthly income.** Subtract line 13d from line 12.     14.  $ **3,683.47**

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ ......................................................................................... 15a.  $ **3,683.47**

Multiply line 15a by 12 (the number of months in a year).     **x 12**

15b. The result is your current monthly income for the year for this part of the form.  15b.  $ **44,201.64**

Debtor 1 **Kathy Lynn Tripp**
 First Name   Middle Name   Last Name

Case number *(if known)* **15-50037**

16. **Calculate the median family income that applies to you.** Follow these steps:

    16a. Fill in the state in which you live. **South Dakota**

    16b. Fill in the number of people in your household. __1__

    16c. Fill in the median family income for your state and size of household. ............................................................ 16c. $ __40,427.00__
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Disposable Income* (Official Form 22C–2).

    17b. ☑ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C–2).** On line 39 of that form, copy your current monthly income from line 14 above.

**Part 3:  Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)**

18. Copy your total average monthly income from line 11. ................................................................................. 18. $ __3,683.47__

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13d.

    If the marital adjustment does not apply, fill in 0 on line 19a.   19a. – $ __0.00__

    **Subtract line 19a from line 18.**   19b. $ __3,683.47__

20. **Calculate your current monthly income for the year.** Follow these steps:

    20a. Copy line 19b. ..................................................................................................................................... 20a. $ __3,683.47__

    Multiply by 12 (the number of months in a year).   x  12

    20b. The result is your current monthly income for the year for this part of the form.   20b. $ __44,201.64__

    20c. Copy the median family income for your state and size of household from line 16c. ................................ $ __40,427.00__

21. **How do the lines compare?**

    ☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

    ☑ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

**Part 4:  Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ *Kathy Tripp*
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date  03 / 10 / 2015
 MM / DD   / YYYY

Date _____
 MM / DD   / YYYY

If you checked 17a, do NOT fill out or file Form 22C–2.

If you checked 17b, fill out Form 22C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

| Fill in this information to identify your case: |
|---|

Debtor 1 __Kathy Lynn Tripp__
            First Name            Midde Name            Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Midde Name            Last Name

United States Bankruptcy Court for the: **District of South Dakota**

Case number **15-50037**
(If known)

☐ Check if this is an amended filing

## Official Form 22C–2
# Chapter 13 Calculation of Your Disposable Income         12/14

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 22C–1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Deductions from Your Income

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 22C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 22C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5. **The number of people used in determining your deductions from income**
   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.                                          **1**

   **National Standards**     You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.                                        **$ 583.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Official Form 22C–2                                                                                                           page 1

**EXHIBIT SCHEDULE FORM 22C-2**

Debtor 1 __Kathy Lynn Tripp__                                    Case number (if known) __15-50037__
         First Name  Middle Name  Last Name

**People who are under 65 years of age**

| | | | | |
|---|---|---|---|---|
| 7a. Out-of-pocket health care allowance per person | $ __60.00__ | | | |
| 7b. Number of people who are under 65 | X __1__ | | | |
| 7c. Subtotal. Multiply line 7a by line 7b. | $ __60.00__ | Copy line 7c here ➔ | $ __60.00__ | |

**People who are 65 years of age or older**

| | | | | |
|---|---|---|---|---|
| 7d. Out-of-pocket health care allowance per person | $ __144.00__ | | | |
| 7e. Number of people who are 65 or older | X __0__ | | | |
| 7f. Subtotal. Multiply line 7d by line 7e. | $ __0.00__ | Copy line 7f here ➔ | + $ __0.00__ | |

7g. Total. Add lines 7c and 7f. ..................................................................    $ __60.00__   Copy total here ➔ ......... 7g.   $ __60.00__

**Local Standards**  You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

- Housing and utilities – Insurance and operating expenses
- Housing and utilities – Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.   $ __399.00__

9. **Housing and utilities – Mortgage or rent expenses:**

    9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.   $ __915.00__

    9b. Total average monthly payment for all mortgages and other debts secured by your home.

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | + $ _____ |

    9b. Total average monthly payment ....................... $ __0.00__   Copy line 9b here ➔   − $ __0.00__   Repeat this amount on line 33a.

    9c. Net mortgage or rent expense.
    Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.   $ __915.00__   Copy 9c here ➔   $ __915.00__

10. If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.   $ __0.00__

    Explain why: _____

Debtor 1  **Kathy Lynn Tripp**  
        First Name   Middle Name   Last Name

Case number (if known) **15-50037**

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.
    - ☐ 0. Go to line 14.
    - ☑ 1. Go to line 12.
    - ☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.  $ **212.00**

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

    **Vehicle 1**  Describe Vehicle 1: **2011 Jeep Patriot**

    13a. Ownership or leasing costs using IRS Local Standard   13a.  $ **517.00**

    13b. Average monthly payment for all debts secured by Vehicle 1.  
    Do not include costs for leased vehicles.

    To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

    Name of each creditor for Vehicle 1     Average monthly payment

    **Northern Hills Federal Credit Union** $ **210.19**  Copy 13b here ➔  − $ **210.19**  Repeat this amount on line 33b.

    13c. Net Vehicle 1 ownership or lease expense  
    Subtract line 13b from line 13a. If this number is less than $0, enter $0.  13c.  $ **306.81**  Copy net Vehicle 1 expense here ➔  $ **306.81**

    **Vehicle 2**  Describe Vehicle 2: _____

    13d. Ownership or leasing costs using IRS Local Standard   13d.  $ **0.00**

    13e. Average monthly payment for all debts secured by Vehicle 2.  
    Do not include costs for leased vehicles.

    Name of each creditor for Vehicle 2     Average monthly payment

    _____ $ **0.00**  Copy here ➔  − $ **0.00**  Repeat this amount on line 33c.

    13f. Net Vehicle 2 ownership or lease expense  
    Subtract line 13e from 13d. If this number is less than $0, enter $0.  13f.  $ **0.00**  Copy net Vehicle 2 expense here ➔  $ **0.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.  $ **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.  $ **0.00**

Debtor 1 __Kathy Lynn Tripp__                                       Case number *(if known)* __15-50037__
         First Name  Middle Name  Last Name

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.   $ __353.00__

    Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.   $ __0.00__

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.

    Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.   $ __12.00__

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.   $ __0.00__

    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

20. **Education:** The total monthly amount that you pay for education that is either required:
    ■ as a condition for your job, or
    ■ for your physically or mentally challenged dependent child if no public education is available for similar services.   $ __0.00__

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool. Do not include payments for any elementary or secondary school education.   $ __0.00__

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.   $ __0.00__

    Payments for health insurance or health savings accounts should be listed only in line 25.

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.   + $ __0.00__

    Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Form 22C-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**
    Add lines 6 through 23.   $__2,840.81__

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. *Note:* Do not include any expense allowances listed in lines 6-24. |
|---|---|

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

    | Health insurance | $ __335.00__ | |
    | Disability insurance | $ __0.00__ | |
    | Health savings account | + $ __0.00__ | |
    | Total | $ __335.00__ | Copy total here➔   $ __335.00__ |

    Do you actually spend this total amount?
    ☐ No. How much do you actually spend?   $ __0.00__
    ☑ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.   $ __0.00__

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.   $ __0.00__

    By law, the court must keep the nature of these expenses confidential.

Official Form 22C-2                 Chapter 13 Calculation of Your Disposable Income                 page 4

Debtor 1 __Kathy Lynn Tripp__                             Case number (if known) __15-50037__
     First Name   Middle Name   Last Name

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

    If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.    $ __0.00__

    You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.    $ __0.00__

    You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

    * Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.    $ __0.00__

    To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

    You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)3 and (4).    + __0.00__

    Do not include any amount more than 15% of your gross monthly income.

32. **Add all of the additional expense deductions.**    $ __335.00__
    Add lines 25 through 31.

### Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

    |  | Average monthly payment |
    |---|---|
    | **Mortgages on your home** | |
    | 33a. Copy line 9b here ............................................................ → | $ __0.00__ |
    | **Loans on your first two vehicles** | |
    | 33b. Copy line 13b here. ......................................................... → | $ __210.19__ |
    | 33c. Copy line 13e here. ......................................................... → | $ __0.00__ |

    | Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
    |---|---|---|---|
    | 33d. __Northern Hills Federal Credit Union__ | __Automobile (1)__ | ☑ No ☐ Yes | $ __210.19__ |
    | 33e. _____ | _____ | ☐ No ☐ Yes | $ _____ |
    | 33f. _____ | _____ | ☐ No ☐ Yes | + $ _____ |

    33g. Total average monthly payment. Add lines 33a through 33f............................ $ __210.19__  Copy total here → $ __210.19__

Debtor 1  <u>Kathy Lynn Tripp</u>  Case number *(if known)* <u>15-50037</u>
First Name  Middle Name  Last Name

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

    ☑ No. Go to line 35.
    ☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

    | Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
    |---|---|---|---|---|
    | _____ | _____ | $_____ ÷ 60 = | $_____ |
    | _____ | _____ | $_____ ÷ 60 = | $_____ |
    | _____ | _____ | $_____ ÷ 60 = | + $_____ |

    Total  $ __0.00__   Copy total here ➔  $ __0.00__

35. **Do you owe any priority claims—such as a priority tax, child support, or alimony—that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

    ☑ No. Go to line 36.
    ☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

    Total amount of all past-due priority claims. ............................................  $ __0.00__ ÷ 60   $ __0.00__

36. **Projected monthly Chapter 13 plan payment**  $ __17.57__

    Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

    x __10.0%__

    To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

    Average monthly administrative expense  $ __17.57__  Copy total here ➔  $ __17.57__

37. **Add all of the deductions for debt payment.** Add lines 33g through 36.  $ __227.76__

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

    Copy line 24, *All of the expenses allowed under IRS expense allowances*..................  $ __2,840.81__

    Copy line 32, *All of the additional expense deductions*...........................................  $ __335.00__

    Copy line 37, *All of the deductions for debt payment*............................................  + $ __227.76__

    Total deductions  $ __3,403.57__  Copy total here ➔  $ __3,403.57__

Debtor 1 __Kathy Lynn Tripp__          Case number *(if known)* __15-50037__
First Name  Middle Name  Last Name

### Part 2:   Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

39. **Copy your total current monthly income** from line 14 of Form 22C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.* ......... $ __3,683.47__

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 22C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.    $ __0.00__

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).    $ __121.78__

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here ➔ $ __3,403.57__

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

    **Describe the special circumstances**                     **Amount of expense**

    43a. _____        $ _____

    43b. _____        $ _____

    43c. _____      + $ _____

    43d. **Total.** Add lines 43a through 43c.........................   $ __0.00__   Copy 43d here ➔  + $ __0.00__

44. **Total adjustments.** Add lines 40 and 43d. ....................................................................➔  $ __3,525.35__  Copy total here ➔   − $__3,525.35__

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.    $ __158.12__

### Part 3:   Change in Income or Expenses

46. **Change in income or expenses.** If the income in Form 22C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 22C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 22C–1<br>☐ 22C–2 | — | — | — | ☐ Increase<br>☐ Decrease | $ _____ |
| ☐ 22C–1<br>☐ 22C–2 | — | — | — | ☐ Increase<br>☐ Decrease | $ _____ |
| ☐ 22C–1<br>☐ 22C–2 | — | — | — | ☐ Increase<br>☐ Decrease | $ _____ |
| ☐ 22C–1<br>☐ 22C–2 | — | — | — | ☐ Increase<br>☐ Decrease | $ _____ |

Official Form 22C–2       Chapter 13 Calculation of Your Disposable Income       page 7

Debtor 1  **Kathy Lynn Tripp**
         First Name   Middle Name   Last Name

Case number *(if known)* **15-50037**

### Part 4: Sign Below

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

✖ *Kathy Tripp*
Signature of Debtor 1

✖ _____
Signature of Debtor 2

Date 03 / 10 / 2015
     MM / DD / YYYY

Date _____
     MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1: __Kathy Lynn Tripp__
          First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of South Dakota

Case number: __15-50037__
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Sales Associate | |
   | Employer's name | Department Of Defense | |
   | Employer's address | 2649 LeMay Blvd<br>Number  Street | Number  Street |
   | | EAFB, SD<br>City    State   ZIP Code | City   State   ZIP Code |
   | How long employed there? | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,429.28 | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 2,429.28 | $_____ |

Official Form 6I                    EXHIBIT SCHEDULE I                    page 1

Debtor 1  **Kathy Lynn Tripp**
     First Name   Middle Name   Last Name

Case number (if known) **15-50037**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ➔ 4. |  | $ 2,429.28 | $ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 353.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 19.44 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 72.88 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 29.46 | $ |
| 5e. Insurance | 5e. | $ 334.83 | $ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ |
| 5g. Union dues | 5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: _____ | 5h. +$ 0.00 | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 809.61 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 1,619.67 | $ |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.
    8a.  $ 0.00   $ _____

8b. **Interest and dividends**   8b.  $ 0.00   $ _____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.  $ 0.00   $ _____

8d. **Unemployment compensation**   8d.  $ 0.00   $ _____

8e. **Social Security**   8e.  $ 0.00   $ _____

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.  $ 0.00   $ _____

8g. **Pension or retirement income**   8g.  $ 0.00   $ _____

8h. **Other monthly income.** Specify: **VA Dependency And Indemnit**   8h. +$ 1,254.00   + $ _____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.  $ 1,254.00   $ _____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.  $ 2,873.67 + $ _____ = $ 2,873.67

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____   11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data*, if it applies   12.  $ 2,873.67
     Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: None

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Kathy Lynn Tripp** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: District of South Dakota | |
| Case number (If known) | **15-50037** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent..........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ **930.00**

   If not included in line 4:

   4a. Real estate taxes    4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance    4b. $ **25.00**
   4c. Home maintenance, repair, and upkeep expenses    4c. $ **0.00**
   4d. Homeowner's association or condominium dues    4d. $ **0.00**

Official Form 6J    page 1

**EXHIBIT SCHEDULE J**

Debtor 1  **Kathy Lynn Tripp**
        First Name    Middle Name    Last Name

Case number (if known) **15-50037**

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. $ 0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. $ 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 329.00 |
| | 6d. Other. Specify: _____ | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ 500.00 |
| 8. | **Childcare and children's education costs** | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 50.00 |
| 10. | **Personal care products and services** | 10. $ 25.00 |
| 11. | **Medical and dental expenses** | 11. $ 56.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 210.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $ 0.00 |
| | 15b. Health insurance | 15b. $ 0.00 |
| | 15c. Vehicle insurance | 15c. $ 75.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. $ 210.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ 0.00 |
| | 17c. Other. Specify: **Boat Storage Unit** | 17c. $ 13.00 |
| | 17d. Other. Specify: _____ | 17d. $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | |
| | 20a. Mortgages on other property | 20a. $ 0.00 |
| | 20b. Real estate taxes | 20b. $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ 0.00 |

Debtor 1  __Kathy Lynn Tripp__
         First Name   Middle Name   Last Name

Case number (if known) __15-50037__

21. Other. Specify: _____    21.  +$ _____0.00_____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                               22.  $ _____2,523.00_____

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ _____2,873.67_____

    23b. Copy your monthly expenses from line 22 above.                     23b. −$ _____2,523.00_____

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                           23c.  $ _____350.67_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.  **None**